Exhibit 2

US00D710299S

# United States Design Patent
## Dyson et al.

(10) Patent No.: **US D710,299 S**
(45) Date of Patent: ** **Aug. 5, 2014**

(54) **BATTERY PACK**

(71) Applicant: **Dyson Technology Limited**, Wiltshire (GB)

(72) Inventors: **James Dyson**, Malmesbury (GB); **Peter David Gammack**, Malmesbury (GB); **Timothy Nicholas Stickney**, Malmesbury (GB); **Jonathan George Marsh**, Malmesbury (GB)

(73) Assignee: **Dyson Technology Limited**, Malmesbury, Wiltshire (GB)

(**) Term: **14 Years**

(21) Appl. No.: **29/464,509**

(22) Filed: **Aug. 16, 2013**

(30) Foreign Application Priority Data

Feb. 18, 2013 (EM) .................... 001361083-0001

(51) **LOC (10) Cl.** ................................. **13-02**
(52) **U.S. Cl.**
     USPC ....................................... **D13/103**
(58) Field of Classification Search
     USPC ........ D13/102–104, 110, 118–121, 184, 199; 429/96–100, 163, 176
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D432,077 S | * | 10/2000 | Zurwelle et al. | D13/103 |
| D504,111 S | * | 4/2005 | Ozawa et al. | D13/103 |
| D504,394 S | * | 4/2005 | Cheung et al. | D13/103 |
| D575,224 S | * | 8/2008 | Taniguchi et al. | D13/103 |
| D580,353 S | * | 11/2008 | Harrison et al. | D13/103 |
| D589,440 S | * | 3/2009 | Van Wambeke | D13/103 |
| D590,333 S | * | 4/2009 | Price et al. | D13/103 |
| D593,944 S | * | 6/2009 | Smith | D13/119 |
| D610,537 S | * | 2/2010 | Sweeney | D13/103 |
| D622,660 S | * | 8/2010 | Taniguchi et al. | D13/103 |
| D629,746 S | * | 12/2010 | Workman et al. | D13/103 |

* cited by examiner

*Primary Examiner* — Rosemary K Tarcza
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57) **CLAIM**

We claim the ornamental design for a battery pack, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a battery pack showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a side view thereof;
FIG. **5** is a side view of the opposite side of FIG. **4**;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating environmental structure and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7